USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA,

               Plaintiff,

-against-

MICHAELS COMPANIES, INC.,

               Defendant.

---

19cv09928 (PAE) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial pretrial conference on March 5, 2020, with counsel for all parties, it is hereby ORDERED as follows:

1. Absent further order of the Court, all discovery in this case shall be stayed pending the Court's resolution of Defendant's anticipated motion to dismiss Plaintiff's First Amended Class Action Complaint, or until June 5, 2020, whichever date is earlier.

2. The parties are directed to submit a joint status report no later than May 29, 2020.

Dated: New York, New York
       March 5, 2020

                                       SO ORDERED

                                       _____
                                       DEBRA FREEMAN
                                       United States Magistrate Judge

Copies to:

All counsel (via ECF)