UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEVEN MATZURA,

                              Plaintiff,                              19-CV-09928(PAE)(VF)

       -against-                                          **ORDER**

MICHAELS COMPANIES, INC,

                              Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On April 30, 2022, this case was reassigned to me for general pretrial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than **May 10, 2022,** providing the Court a brief statement of claims and defenses, the current pre-trial schedule, the status of discovery and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

DATED:      New York, NewYork
                May 3, 2022

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022