UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEVEN MATZURA,

                              Plaintiff,                        19-CV-09928(PAE)(VF)

       -against-                                        **ORDER**

MICHAELS COMPANIES, INC,

                              Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      On July 10, 2020, this action was stayed pending the resolution of the appeals in the matter Dominguez v. Banana Republic, LLC, No. 20-1559 (2d. Cir. 2020). In light of the decision by the Second Circuit in that case, the parties are now directed to submit an update on the status of this case by no later than **September 15, 2023.**

**SO ORDERED.**

DATED:    New York, New York
               September 7, 2023

                                                                VALERIE FIGUEREDO
                                                               United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/2023